# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0138
_____

STERLING ALAN JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.

August 11, 2026

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jim Ballack of Ballack Law Group, PLLC, Fort Walton Beach, for Petitioner.

No appearance for Respondent.